# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0793
LT Case No. 1999-CF-002269-A

_____

SYLVESTER LEE THOMPSON,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

3.800 Appeal from the Circuit Court for Lake County.
Brian Jerome Welke, Judge.

Sylvester Lee Thompson, Sneads, pro se.

No Appearance for Appellee.

October 28, 2025

PER CURIAM.

  AFFIRMED.

JAY, C.J., and EDWARDS and BOATWRIGHT, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————